UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SHANNON T. BOYLE,

    Plaintiff,

v.

STATE OF MICHIGAN CHILD
PROTECTIVE SERVICES et al.,

    Defendants.
_____/

Case No: 2:25-cv-161

HON. ROBERT J. JONKER

## ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 25, 2025 (ECF No. 9). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 9) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 5, and amended at ECF No. 7) is **GRANTED**, and the case is **DISMISSED**.

Dated:   December 22, 2025

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE